# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

| | |
|---|---|
| ARcare, Inc., an Arkansas Corporation, on behalf of itself and all others similarly situated )<br><br>Plaintiff, )<br>v. )<br><br>Amedisys, Inc.; and Amedisys Arkansas, LLC )<br><br>Defendants. ) | **Case No.: 4:17-cv-351-JLH** |

## JOINT MOTION TO DISMISS WITH PREJUDICE

In accordance with Federal Rule of Civil Procedure 41(a)(2), Plaintiff ARcare, Inc. and Defendants Amedisys, Inc. and Amedisys Arkansas, LLC file this Joint Motion to Dismiss with Prejudice, and request that the Court dismiss all of Plaintiff's claims against Defendants with prejudice.

DATED: September 18, 2017          Respectfully submitted,

By:   */s/ Randall K. Pulliam*
     Randall K. Pulliam, Esq.
     rpulliam@cbplaw.com
     **CARNEY BATES & PULLIAM, PLLC**
     519 West 7th Street
     Little Rock, Arkansas 72201
     Telephone: (501) 312-8500
     Facsimile: (501) 312-8505

     *Counsel for Plaintiff*

     And

     Kevin C. Baltz
     Butler Snow, LLP
     150 Third Avenue South, Suite 1600
     Nashville, Tennessee 37201

Phone: (615) 651-6700
Fax:    (615) 651-6701
Email:  Kevin.Baltz@butlersnow.com

Daniel W. Van Horn
Butler Snow LLP
6075 Poplar Avenue, Suite 500
Memphis, TN  38119
Phone: (901) 680-7331
Fax:    (901) 680-7201
Email:  Danny.VanHorn@butlersnow.com

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

  I hereby certify that September 18, 2017, I caused a copy of the foregoing to be electronically filed with the Clerk of Court using CM/ECF, which will send electronic notification to the parties and registered attorneys of record that the document has been filed and is available for viewing and downloading.

                */s/ Randall K. Pulliam*
                Randall K. Pulliam