# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

ARCARE, INC., an Arkansas Corporation,                                 PLAINTIFF
on behalf of itself and all others similarly
situated, d/b/a ARCARE 18

v.                                NO. 4:17CV00351 JLH

AMEDISYS, INC.; and
AMEDISYS ARKANSAS, LLC                                     DEFENDANTS

## **ORDER**

The joint motion to dismiss is GRANTED. Document #10. This action is hereby dismissed with prejudice.

IT IS SO ORDERED this 26th day of September, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE